# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Joseph D. Mann,** | : | |
| | : | |
| Plaintiff, | : | **Case No.: 23-cv-00785** |
| | : | |
| v. | : | Judge: Jeffrey J. Helmick |
| | : | Magistrate: Darrell A. Clay |
| **Trusted Transfer, LLC, et al.,** | : | |
| | : | |
| Defendants. | : | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have notified the Court that all claims between Plaintiff Joseph D. Mann ("Plaintiff"), and Defendants Trusted Transfer, LLC and Faithi O. Sheikh ("Defendants") have been completely compromised and settled by written agreement. Therefore, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), with consent of Plaintiff and Defendants, by and through their respective counsel, hereby stipulate that Plaintiff's claims against Defendants are dismissed with prejudice. This Agreed Stipulation terminates this case in its entirety, and the entire case is hereby dismissed with prejudice.

        Respectfully submitted,

        /s/ Daniel J. Hurley
        **Daniel J. Hurley (0034499)**
        PLUNKETT COONEY
        Plunkett Cooney
        716 Mt. Airyshire Blvd., Ste. 150
        Columbus, Ohio 43235
        Tel: (614) 629-3005
        Fax: (248) 901-4040
        Email: DHurley@plunkettcooney.com
        *Attorneys for Defendants,*
        *Trusted Transfer, LLC and Faithi O. Sheikh*

**/s/ Charles E. Boyk**
Charles E. Boyk, Esq.
cboyk@charlesboyk-law.com
Michael A. Bruno, Esq.
mbruno@charlesboyk-law.com
Andrea R. Young, Esq.
ayoung@charlesboyk-law.com
Charles E. Boyk Law Offices, LLC
1500 Timberwolf Drive
Holland, OH 43528
Tel: 419.241.1394
*Attorneys for Plaintiff*

Open.25822.31476.33722849-1

Dated: May 5, 2025

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge